**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-1776**

---

JOHN S. COATES, III,

Plaintiff - Appellant,

versus

DONNA E. SHALALA, SECRETARY OF HEALTH AND
HUMAN SERVICES,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-94-
2966-L)

---

Submitted:  December 11, 1997      Decided:  December 23, 1997

---

Before HALL and WILLIAMS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

John S. Coates, III, Appellant Pro Se.  Lynne Ann Battaglia, United
States Attorney, Allen F. Loucks, Diane M. Lank, OFFICE OF THE
UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting Defendant's motion for partial dismissal, or, in the alternative, for summary judgment on his complaint alleging employment discrimination. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Coates v. Shalala</u>, No. CA-94-2966-L (D. Md. Apr. 1, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>